UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY A. DAVIS, #369621,

       Plaintiff,

                              CASE NO. 4:25-CV-11749
v.                               HONORABLE F. KAY BEHM

MILLS, et al.,

       Defendants.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a pro se civil rights complaint, the Honorable F. Kay Behm, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the civil rights complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                    s/F. Kay Behm
                                                    F. Kay Behm
                                                    United States District Judge

Dated:  June 25, 2025